Opinion issued September
30, 2010                   

 

 




 
 
 
 
 
 
 




 

 

 

 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00441-CV

———————————

 

STEVE STEPHENS D/B/A AND A/K/A TERRA-TEXAS COMPANY,
Appellant

 

V.

 

RIG FABRICATORS & REPAIR, INC., Appellee

 



 

On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 2009-30296

 



 

MEMORANDUM
OPINION

Appellant has filed a motion to
dismiss the appeal.  More than 10 days
have elapsed, and no objection has been filed. 
No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed.  Tex.
R. App. P. 42.1(a) (1).








All other pending motions in this
appeal are overruled as moot.  The Clerk
is directed to issue mandate within 10 days of the date of this opinion.  Tex.
R. App. P. 18.1.

PER
CURIAM

Panel consists of Chief Justice Radack, and Justices Higley
and Massengale.